UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **PAUL KERMIT ANGELLE** | **CASE NO.  6:20-CV-01684** |
| **VERSUS** | **JUDGE JUNEAU** |
| **GALLOWAY JEFCOAT LLP, ET AL** | **MAGISTRATE JUDGE HANNA** |

# JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 16. After an independent review of the record and the applicable law, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motions to Dismiss for Lack of Subject Matter Jurisdiction, Rec. Docs. 5, 10, are **GRANTED.**  Accordingly, all of the Plaintiff's claims against all Defendants in this matter are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of May, 2021.

MICHAEL J. JUNEAU  
UNITED STATES DISTRICT JUDGE